■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH RIVERS, Appellant. [979 NYS2d 550]—

Concur—Gonzalez, P.J., Friedman, Renwick, Freedman and Richter, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE ELLIOT, Appellant. [978 NYS2d 853]—

The record does not establish a valid waiver of defendant's right to appeal. We find the sentence excessive to the extent indicated. Concur—Gonzalez, P.J., Friedman, Renwick, Freedman and Richter, JJ.